# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/6/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 02-00423DAE

CASE NAME:     USA v. (02) Robert McCandless

ATTYS FOR PLA:     Lawrence L. Tong

ATTYS FOR DEFT:     (02) Jeffrey Arakaki

INTERPRETER:

JUDGE:     Barry M. Kurren     REPORTER:     C6F

DATE:     6/6/2006     TIME:     10:32 - 10:33

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not be Revoked as to (02) Robert McCandless - deft present in custody.  Court finds probable cause that defendant violated conditions of his supervised release as alleged.

PO Carter Lee present.

Probable Cause Hearing set for 6-13-06 @ 11:15 a.m., DAE.

Deft remanded to custody of U.S. Marshal.

Submitted by Richlyn Young, Courtroom Manager