AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

ROBERT MCCANDLESS

(Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: CR 02-00423DAE-02

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST ROBERT MCCANDLESS and bring him or her forthwith to the nearest district/ magistrate judge to answer an Order of Court , charging him or her with (brief description of offense)

**ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED.**

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |

| *signature* | MAY 26, 2006 at Honolulu, Hawaii |
|---|---|
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL          By: David Alan Ezra, United States District Judge

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at HONOLULU, HI.

| Date Received 5-30-06 | NAME AND TITLE OF ARRESTING OFFICER RUSSELL NAKASATO DUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 6-1-06 | | |