# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/13/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00423DAE |
| CASE NAME: | USA v. (02)Robert McCandless |
| ATTYS FOR PLA: | Larry Tong |
| ATTYS FOR DEFT: | Jeff Arakaki |
| USPO: | Carter Lee |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 6/13/2006 | TIME: | 11:15am-11:45am |

COURT ACTION:  EP: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant (02)Robert McCandless present in custody.

Defendant admits to violations 1, 2, and 4.  Government dismisses violation 3.

Order to Show Cause Why Supervised Released Should Not Be Revoked-REVOKED.

SENTENCE:

Imprisonment:  6 MONTHS

Supervised Release:  12 MONTHS

CONDITIONS:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

7. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

8. That the defendant participate in the 6-month inpatient substance abuse program at the Salvation Army Adult Rehabilitation Center (SAARC) until clinically discharged, as arranged by the Probation Office. Any violations during his residence at SAARC will constitute a violation of supervised release.

9. That the defendant is prohibited from the possession and the use of alcohol.

JUDICIAL RECOMMENDATIONS: FDC Honolulu.

Defendant advised of his right to appeal.

Defendant remanded to the custody of U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager