# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/03/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR NO-. 02-00423DAE

CASE NAME:          United States of America Vs. (02) Robert McCandless


ATTYS FOR PLA:      Lawrence L. Tong and Probation Officer-Carter Lee

ATTYS FOR DEFT:     (02) Jeffrey Arakaki

INTERPRETER:

---

JUDGE:    David Alan Ezra          REPORTER:    Cynthia Fazio

DATE:     01/03/2007               TIME:        l0:32am-l0:44am

---

COURT ACTION:  EP: Order to Show Cause Why Supervised Release should not be Revoked as to Defendant (02) Robert McCandless-Defendant present in Custody.

Defendant Admitted to Violations of Supervised Release-No. 1, 2 and 3.

Defendant Addresses the Court.

Court will continue this matter until moved on by Government's Counsel.

Defendant is to be released from Custody to Defendant's Counsel-Jeffrey Arakaki and taken to the Sand Island Drug Facility immediately.  Upon arrival Defendant to have authorized person from the Sand Island Drug Facility call Probation Officer Carter Lee to verify Defendant's acceptance into the program.


Submitted by Leslie L. Sai, Courtroom Manager